UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BEDWELL and JODY BEDWELL,<br><br>   Plaintiff<br><br>v.<br><br>BAYER AG, et al.,<br><br>   Defendants | Case No.: 2:23-cv-01356-APG-EJY<br><br>**Order** |

I ORDER that defendant Monsanto Company's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Monsanto Company as required by the amendment to that rule.

I FURTHER ORDER that plaintiffs Robert Bedwell and Jody Bedwell's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiffs as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by September 22, 2023.

DATED this 13th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE