Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: kevans@efsmmlaw.com
Email: cfears@efsmmlaw.com
Email: jschuttert@efsmmlaw.com

*Attorneys for Defendants Monsanto Company, Las Vegas ACE, LLC and Lowe's Companies, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| ROBERT BEDWELL and JODY BEDWELL, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AG, a German public limited company; MONSANTO COMPANY, a Delaware corporation; LAS VEGAS ACE, LLC, a domestic limited liability company; THE HOME DEPOT, INC., a Delaware corporation; and LOWE'S COMPANIES, INC., a North Carolina corporation, DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01356-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES (1) TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, (2) TO CONDUCT A RULE 26(F) CONFERENCE AND (3) TO SUBMIT A DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs Robert Bedwell and Jody Bedwell ("Plaintiffs"), and Defendants Monsanto Company ("Monsanto"), Las Vegas Ace, LLC ("LV Ace"), Lowe's Companies, Inc. ("Lowe's"), and The Home Depot, Inc. ("Home Depot") (these four Defendants collectively referred herein as "Defendants"; "Plaintiffs" and "Defendants" collectively referred herein as "Parties"), by and through their respective counsel, hereby submit this Stipulation And Order To Extend Deadlines (1) To Respond To Plaintiffs' Amended

Complaint, (2) To Conduct A Rule 26(f) Conference, And (3) To Submit A Discovery Plan until after this Court resolves Plaintiffs' Motion to Remand.

Plaintiffs served LV Ace with a summons and the complaint on August 9, 2023. Plaintiffs served Home Depot with a summons and copy of the complaint on August 17, 2023. And Plaintiffs served Lowe's with a summons and the complaint on August 18, 2023. Plaintiffs served Monsanto with a summons and complaint on August 25, 2023. Bayer AG has not been served nor otherwise appeared in this matter. Monsanto filed a Petition for Removal on August 30, 2023, and answered the complaint on August 31, 2023. On September 6, 2023, the parties stipulated to and this Court ordered that the Retail Defendants' (LV Ace, Home Depot, and Lowe's) deadline to respond to Plaintiffs' Initial Complaint was continued until 14 days after this Court's decision on Plaintiffs' forthcoming motion to remand.

On September 21, 2023, Plaintiffs filed both a Motion to Remand and First Amended Complaint. Without a stipulation, Defendants would have until October 5, 2023 to file a response to Plaintiffs' Amended Complaint. Also, Monsanto's answer triggered conducting the Rule 26(f) conference no later than October 2, 2023, and submitting a discovery plan no later than October 16, 2023.

Good cause exists to grant these extensions. The Parties anticipate that this Court will address Plaintiffs' Motion to Remand before any other motions. The Parties also agree to continue the Rule 26(f) conference and submission of a discovery plan until after the Motion to Remand is resolved to know whether the plan will be submitted in this Court or state court. The Parties request the opportunity to preserve their and the Court's resources by resolving the issue of federal removal jurisdiction prior to Defendants responding to Plaintiffs' Amended Complaint and drafting a discovery plan and scheduling order. This request is not made for the purpose of delay or to cause prejudice to any party.

The Parties therefore stipulate and agree to continue the Defendants' deadline to respond to Plaintiffs' Amended Complaint until 14 days after this Court's decision resolving the Plaintiffs' Motion to Remand. Furthermore, if this case remains in this Court after Plaintiffs' Motion to Remand is fully resolved, the Parties further stipulate and agree that LR 26-1's deadlines for

conducting the Rule 26(f) conference and submitting the discovery plan will be triggered when the Defendants file their responses to Plaintiffs' Amended Complaint.

The Defendants do not waive – and reserve the right to assert – any and all defenses in this lawsuit and in future proceedings, including but not limited to lack of personal jurisdiction.

IT IS SO STIPULATED.

Dated this 27th day of September, 2023.

| THE702FIRM INJURY ATTORNEYS | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
|---|---|
| /s/ Michael C. Kane | /s/ Chad R. Fears |
| Michael C. Kane, Esq. (SBN 10096) | Kelly A. Evans, Esq. (SBN 7691) |
| Bradley J. Myers, Esq. (SBN 8857) | Chad R. Fears, Esq. (SBN 6970) |
| Brandon A. Born, Esq. (SBN 15181) | Jay J. Schuttert, Esq. (SBN 8656) |
| 8335 West Flamingo Road | 6720 Via Austi Parkway, Suite 300 |
| Las Vegas, NV 89147 | Las Vegas, NV 89119 |
| Telephone: (702) 776-3333 | Telephone: (702) 805-0290 |
| Facsimile: (702) 505-9787 | Facsimile: (702) 805-0291 |
| Email: service@the702firm.com | Email: kevans@efsmmlaw.com |
| | Email: cfears@efsmmlaw.com |
| Jordan P. Schnitzer, Esq. (SBN 10744) | Email: jschuttert@efsmmlaw.com |
| THE SCHNITZER LAW FIRM | *Attorneys for Defendants Monsanto Company, Las Vegas Ace, and Lowe's Companies, Inc.* |
| 9205 West Russell Road, Suite 240 | |
| Las Vegas, NV 89148 | |
| *Attorneys for Plaintiffs* | |

PERRY & WESTBROOK, P.C.

/s/ Alan Westbrook
Alan Westbrook Esq. (SBN 6171)
11500 S. Eastern Ave., Suite 140
Henderson, NV  89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant The Home Depot, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 27, 2023

- 3 -