Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jay J. Schuttert, Esq. (SBN 8656)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: kevans@efsmmlaw.com
Email: cfears@efsmmlaw.com
Email: jschuttert@efsmmlaw.com

*Attorneys for Defendants Monsanto Company, Las Vegas ACE, LLC and Lowe's Companies, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| ROBERT BEDWELL and JODY BEDWELL, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER AG, a German public limited company; MONSANTO COMPANY, a Delaware corporation; LAS VEGAS ACE, LLC, a domestic limited liability company; THE HOME DEPOT, INC., a Delaware corporation; and LOWE'S COMPANIES, INC., a North Carolina corporation, DOES 1 through 10 and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01356-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs Robert Bedwell and Jody Bedwell ("Plaintiffs"), and Defendants Monsanto Company ("Monsanto"), Las Vegas Ace, LLC ("LV Ace"), Lowe's Companies, Inc. ("Lowe's"), and The Home Depot, Inc. ("Home Depot") (these four Defendants collectively referred herein as "Defendants"; "Plaintiffs" and "Defendants" collectively as "Parties"), by and through their respective counsel, hereby submit this Stipulation And Order Extending The Briefing Schedule For Plaintiffs' Motion To Remand.

On August 30, 2023, Monsanto filed a Petition for Removal. On September 21, 2023, Plaintiffs filed both a Motion to Remand and First Amended Complaint. Pursuant to the Local Rules, the deadline for Defendants to respond to Plaintiffs' Motion to Remand is October 5, 2023. LR 7-2(b). Plaintiffs' deadline to file a "reply in support of the motion is seven days after service of the response." *Id.*

Good cause exists to grant the extension of time. Counsel for Monsanto, LV Ace, and Lowe's is about to start trial in a different matter. Plaintiffs' counsel also desire additional time to reply to Defendants' response given their October schedule. This request is not made for the purpose of delay or to cause prejudice to any party.

/ / /

/ / /

/ / /

The Parties stipulate and agree that the Defendants' deadline to file a response to Plaintiffs' Motion to Remand is extended to October 16, 2023. The Parties further stipulate and agree that Plaintiffs' deadline to file a reply is 14 days after Defendants' response is served.

IT IS SO STIPULATED.

Dated this 27th day of September, 2023.

| THE702FIRM INJURY ATTORNEYS | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
|---|---|
| /s/ Michael C. Kane<br>Michael C. Kane, Esq. (SBN 10096)<br>Bradley J. Myers, Esq. (SBN 8857)<br>Brandon A. Born, Esq. (SBN 15181)<br>8335 West Flamingo Road<br>Las Vegas, NV 89147<br>Telephone: (702) 776-3333<br>Facsimile: (702) 505-9787<br>Email: service@the702firm.com<br><br>Jordan P. Schnitzer, Esq. (SBN 10744)<br>THE SCHNITZER LAW FIRM<br>9205 West Russell Road, Suite 240<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiffs* | /s/ Chad R. Fears<br>Kelly A. Evans, Esq. (SBN 7691)<br>Chad R. Fears, Esq. (SBN 6970)<br>Jay J. Schuttert, Esq. (SBN 8656)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Telephone: (702) 805-0290<br>Facsimile: (702) 805-0291<br>Email: kevans@efsmmlaw.com<br>Email: cfears@efsmmlaw.com<br>Email: jschuttert@efsmmlaw.com<br>*Attorneys for Defendants Monsanto Company, Las Vegas Ace, and Lowe's Companies, Inc.* |

PERRY & WESTBROOK, P.C.

/s/ Alan Westbrook
Alan Westbrook Esq. (SBN 6171)
11500 S. Eastern Ave., Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant*
*The Home Depot, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2023